**UNITED STATES DISTRICT COURT**
**FOR NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SNIP ITS DADM KIDZ CUTS II, LLC d/b/a SNIP-ITS, <br><br>                     Plaintiff, <br><br> vs. <br><br> THE   HANOVER   INSURANCE   GROUP, INC.   and   MASSACHUSETTS   BAY INSURANCE COMPANY, <br><br>                     Defendants. | Civil Action No. 1:20-cv-00772 (GTS-DJS) <br><br> **STIPULATION PURSUANT TO F.R.C.P. 41 FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE HANOVER INSURANCE GROUP, INC. ONLY** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Snip Its Dadm Kidz Cuts II, LLC d/b/a Snip Its ("Plaintiff") and Defendants The Hanover Insurance Group, Inc. ("Hanover") and Massachusetts Bay Insurance Company hereby agree and stipulate to the voluntary dismissal of Plaintiff's Complaint and all causes of action therein without prejudice as against Hanover only.  All claims asserted by and between Plaintiff and Hanover are hereby dismissed without prejudice and without costs against any party.


By:   ___/s/ Elmer Robert Keach III_____
      ELMER ROBERT KEACH III, ESQ.
      NDNY Bar Roll No.:  601537
      **LAW OFFICES OF ELMER**
      **ROBERT KEACH III, PC**
      One Pine West Plaza, Suite 109
      Albany, New York 12203
      *Attorney for Plaintiff*
      *Snip Its Dadm Kidz Cuts II, LLC d/b/a*
      *Snip Its*


By:   ___/s/ Jonathan M. Zagha_____
      JONATHAN M. ZAGHA, ESQ.
      NDNY Bar Roll No.:  701977
      **FINAZZO COSSOLINI O'LEARY**
      **MEOLA & HAGER, LLC**
      67 East Park Place – Suite 901
      Morristown, New Jersey 07960
      *Attorneys for Defendants*
      *The Hanover Insurance Group, Inc. and*
      *Massachusetts Bay Insurance Company*


Dated: October 2, 2020

Dated: October 2, 2020


IT IS SO ORDERED:

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: ___10/2/2020_____
        Syracuse, NY