UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SNIP ITS DADM KIDZ CUTS II, LLC d/b/a SNIP-ITS,<br><br>Plaintiff,<br><br>vs.<br><br>THE HANOVER INSURANCE GROUP, INC. and MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:20-cv-00772 (GTS-DJS)<br><br>**STIPULATION PURSUANT TO F.R.C.P. 41 FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>IT IS SO ORDERED:<br><br>_/s/ Glenn T. Suddaby_<br>Hon. Glenn T. Suddaby<br>Chief U.S. District Judge<br><br>Dated: 1/25/2021<br>Syracuse, NY |

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed, by and between the undersigned counsel, that Plaintiff Snip Its Dadm Kidz Cuts II, LLC d/b/a Snip Its dismisses this action without prejudice and without costs against any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, that facsimile and/or electronic copies of this Stipulation shall be deemed originals, and that this Stipulation may be filed with the Clerk of the Court without further notice to the parties.

By: _/s/ Elmer Robert Keach III_
ELMER ROBERT KEACH III, ESQ.
NDNY Bar Roll No.: 601537
**LAW OFFICES OF ELMER ROBERT KEACH III, PC**
One Pine West Plaza, Suite 109
Albany, New York 12203
*Attorney for Plaintiff*
*Snip Its Dadm Kidz Cuts II, LLC d/b/a Snip Its*

By: _/s/ Jonathan M. Zagha_
JONATHAN M. ZAGHA, ESQ.
NDNY Bar Roll No.: 701977
**FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC**
67 East Park Place – Suite 901
Morristown, New Jersey 07960
*Attorneys for Defendant*
*Massachusetts Bay Insurance Company*

Dated: January 22, 2021

Dated: January 22, 2021